AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1425 4th Street, S.W., Apartment A815
Washington, D.C.**

### SEARCH WARRANT

CASE NUMBER: 07-399-M-01

TO: __Any officer of the Metropolitan Police Department__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Timothy Palchak__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**1425 4th Street, S.W., Apartment A815, Washington, D.C.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**digital storage devices, documents, photographs, receipts, correspondence, and indicia of occupancy,**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __AUG 17 2007__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__AUG 08 2007__ / 3:55 pm     at Washington, D.C.
Date and Time Issued

__ALAN KAY
U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer     Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/8/07 | 8/8/07 5:30 pm | |

**INVENTORY MADE IN THE PRESENCE OF**
Lt. Williams, Det. Andrews

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

(1) box containing 46 VHS tapes, Six Floppy Disks, Three mini Cassettes (1) box containing 14 CDR's CD's, one notepad w/notes, (1) box w/ 6 CD's, Sixteen Misc CD's, One Plastic box w/ assorted CD's. One Panasonic Video camera w/case model # PVC5150, 8 mini DV tapes, one digital camera w/case E85CB004455, one HP computer serial # CNH612002O, (1) Box of 46 VHS tapes, 18 VHS tapes, one Enature.net book w/box, one handwritten letter, Two VHS tapes, one French Passport 04FE715198

**FILED**
AUG 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____ D2-112

Subscribed, sworn to, and returned before me this date.

_____    8-10-07
U.S. Judge or U.S. Magistrate Judge    Date